# UNITED STATES DISTRICT COURT
for the
Western District of New York
Western Division

26 CV 83-S

Michael A. Harris
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

① Police Precinct "A" District - (Buffalo)
② Jimmy Byrd

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  [X] Yes  [ ] No

UNITED STATES DISTRICT COURT FILED JAN 12 2026 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Michael A. Harris
   Street Address: 135 State Street P.O. Box 618
   City and County: Auburn, N.Y., Cayuga
   State and Zip Code: New York, 13021
   Telephone Number: 1-315-253-8401
   E-mail Address: _____

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Buffalo Police "A" District - Det Fault, Det Skalley
- Job or Title (if known): Detectives
- Street Address: 1847 South Park Avenue
- City and County: Buffalo / Erie County
- State and Zip Code: New York / 14220
- Telephone Number: 716-851-4415
- E-mail Address (if known):

Defendant No. 2
- Name: Jimmy Byrd
- Job or Title (if known): Landlord - Real Estate
- Street Address: 286 Victoria Blvd.
- City and County: Kenmore / Erie County
- State and Zip Code: New York / 14217
- Telephone Number: 716-903-0759
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U.S.C.A #4, 5, VI, VIII, XIV Section 1, N.Y. State laws, And Housing/Accomodations

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Michael A. Harris, is a citizen of the State of *(name)* New York.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Jimmy Byrd, is a citizen of the State of *(name)* New York. Or is a citizen of *(foreign nation)* N/A

      b.    If the defendant is a corporation

          The defendant, (name) Buffalo Police "A" District Precinct, is incorporated under the laws of the State of (name) New York, and has its principal place of business in the State of (name) New York.

          Or is incorporated under the laws of (foreign nation) _____,

          and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$260,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. $260,000 is the amount that I am seeking Jimmy Bryd confiscated all of my personal, household, and all memorabilia collection, merchandise, jewelry and years of memories that can never be replaced. Wherefore I michael Harris have placed allegations of facts and should the landlord fail to contest any of these facts, I asked the court for any

continue for IV

and all other release to be just and proper for my damage. Also, Detectives from the A precinct did not follow the protocol of complaintant (michael Harris) filing of the report.

### ||| statement of claim

A- Jimmy Byrd – was the landlord for an apartment that I was renting at 72 Heussy Avenue in February of 2024 in Buffalo, New York 14220. At that time I had just had my prostate removed at Roswell Cancer Research Center and I was on section 8 (Belmont) since 2016 and my caseworkers name was Noah Graves. He made sure that my rent was paid in full every month and on time.

I, Michael A. Harris was wrongfully arrested on July 7, 2024 and I am still incarcerated fighting to clear my name. Upon my arrest on the seventh, I notified my daughter who lives in Lockport, New York to come and get my house keys so that she could protect my valuable contents in my domicile. I was speaking to her on the phone when she arrived at my residence when I heard my downstairs neighbor telling my daughter that the landlord just left my apartment and learned of my arrest and wanted my possessions removed and I had until the 27 of July 2024 to have all of my belongings out or he was going to remove it himself.

My daughter, whose name is Anjelica Harris lived in Lockport, New York and explained to me that she was taking her children to New York City in two days. She told me that she would secure my home and stay there until things were straightened out. I asked her to call the landlord on the threeway. My downstairs neighbors gave my daughter the phone number and she called. He answered and I explained to him that I have cancer. Belmont section 8 was paying for my apartment and it was illegal to try and evict me and it is a crime if he goes inside of my home to remove my belongings without a 30 days notice and besides I had just signed a contract for a one-year lease from Jimmy Byrd. I submitted it to my caseworker at section 8 (Belmont) and suggested to Jimmy Bird that he should do things legal way and let my caseworker know why he wants me to leave, but the landlord, Jimmy Byrd did not let my caseworker know anything. and Jimmy Bird organized the people who worked for him to commit a crime that they were not aware of. During that time after the incident, Jimmy Byrd has not been able to be contacted by me or my siblings. Detective Scaly started their investigation, but it got transferred to another precinct. Detective Faulk was the present detective working the case and gave my daughter the runaround. Since July 2025, I have learnt that Jimmy Byrd has recently sold the property at 72 Heussy Ave. and Jimmy Byrd has managed to cash two months worth of checks after stealing my belongings. Now as of November 24,2025, my daughter, Anjelica Harris went down to the Buffalo police headquarters located at 68 Court St Buffalo, NY 14202 and spoke to Lieutenant Farley with internal affairs about the investigation that detective Faulk was handling with the Buffalo Police A District and the progress with Mr. Harris's case. The investigation continues with $260,000 release.

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK

COUNTY OF ERIE

CITY OF BUFFALO

I, Michael A. Harris, being duly sworn, depose and say that I have this 17 day of October, 2025, forward via the United States Postal Service copies of the following:

① Buffalo Police Station "A" District
1847 South Park Avenue
Buffalo, N.Y. 14220

② Jimmy Byrd - (Real ~~Estate~~)
286 Victoria Blvd
Kenmore, N.Y. 14217

Sworn to me this
17th Day of October, 2025

_Ronald Dolyk_
Commissioner of Deeds/Notary

RONALD DOLYK
COMMISSIONER OF DEEDS
In and For the City of Buffalo, Erie County, NY
My Commission Expires Dec. 31, 20_25_

_Michael A. Harris_
Defendant

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 19, 2025

Signature of Plaintiff: Michael A. Harris
Printed Name of Plaintiff: Michael A Harris
10H 25B3525

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS:** Michael A. Harris

**DEFENDANTS:** (1) Buffalo Police Department "A" District Precinct (2) Jimmy Byrd

**(b) County of Residence of First Listed Plaintiff:** Erie County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**County of Residence of First Listed Defendant:** Erie County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) Attorneys** *(Firm Name, Address, and Telephone Number)*: N/A

**Attorneys** *(If Known)*: N/A

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF [X] 1  DEF [X] 1

## IV. NATURE OF SUIT
[X] 440 Other Civil Rights

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: Violation U.S.C.A. Amendment IV, V, VI, XIV Section 1, N.Y. State laws

Brief description of cause: Fraud/Rent Lease, Illegal Search and Seizure, Housing/Accommodation

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 260,000
JURY DEMAND: [X] Yes

## VIII. RELATED CASE(S) IF ANY:
N/A

DATE: N/A
SIGNATURE OF ATTORNEY OF RECORD: N/A

**FOR OFFICE USE ONLY**
JUDGE: JLS

Michael Harris #25B3545
Auburn Correctional Facility
135 State Street
P.O. Box 618, Zip 13021
Auburn, N.Y. 13024-9000




U.S. POSTAGE PAID
FCM LG ENV
BUFFALO, NY 14241
JAN 03, 2026
14202
$3.00
RDC 99    S2323Y500551-62

USDC - WDNY
JAN 1 2 2026
BUFFALO

United State western district of N.Y

2 Niagra Square
Buffalo, NY 14202
⭐Atten- Court clerk office⭐